**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

JORGE TELLES,

    Plaintiff,

vs.                                     Case No. 1:05cv67-MP/WCS

JAMES V. CROSBY, et al.,

    Defendants.

_____/

### O R D E R

Plaintiff, a *pro se* inmate, has filed a motion for discovery. Doc. 20. Plaintiff's motion will be denied as a report and recommendation was entered on November 9, 2005, recommending dismissal of this case for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii). Doc. 19. There is no need for discovery in this case.

Accordingly, it is **ORDERED** that Plaintiff's motion for discovery, doc. 20, is **DENIED**.

**DONE AND ORDERED** on November 30, 2005.

                                              s/    William C. Sherrill, Jr.
                                              **WILLIAM C. SHERRILL, JR.
                                              UNITED STATES MAGISTRATE JUDGE**